NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                         Criminal Number __25-mj-91__

__Elias Rodriguez__
        (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☐ RETAINED          ☒ FEDERAL PUBLIC DEFENDER

*Diane Shrewsbury*
_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Diane Shrewsbury (DC 1021918)
*(Attorney & Bar ID Number)*
Office of the Federal Public Defender
*(Firm Name)*
625 Indiana Ave NW, Suite 550
*(Street Address)*
Washington      DC      20004
*(City)         (State)       (Zip)*
202-208-7500
*(Telephone Number)*