UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                              )     No. 1:25MJ91<br>)<br>ELIAS RODRIGUEZ         )<br>_____) | |

### NOTICE

Please enter the appearance of attorney Elizabeth Ann Mullin on behalf of the defendant in the above-captioned matter.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Elizabeth Ann Mullin
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500