UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELIAS RODRIGUEZ | No. 25-MJ-91 |

## ORDER

Upon consideration of the defendant's Motion and for good cause shown, it is hereby ORDERED that Eric K. Klein is appointed as CJA learned counsel to represent the defendant Elias Rodriguez. This is a CJA 30 appointment.

It is FURTHER ORDERED that the nunc pro tunc date of the appointment is June 9, 2025.

Date: June 17, 2025

James E. Boasberg
Chief Judge