UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v.                                                                      )<br> )<br>ELIAS RODRIGUEZ                                   )<br>_____) | No. 1:25MJ91 |

### NOTICE OF ENTRY OF APPEARANCE

Eric K. Klein of Johnson & Klein, PLLC, hereby enters his appearance as court-appointed counsel on behalf of Defendant Elias Rodriguez in the above captioned case.

DATED this 20th day of June 2025.

        Respectfully submitted,

        JOHNSON & KLEIN, PLLC

        *s/ Eric K. Klein*
        Eric K. Klein, Colo. Bar #42185
        5398 Manhattan Circle
        Boulder, CO  80303
        Telephone: (303) 444-1885
        Facsimile:   (866) 340-8286
        eklein@johnsonklein.com
        *Attorney for Elias Rodriguez*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2025, I filed a copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** using the CM/ECF system, which will send notification of such filing to all counsel of record.

<u>s/ Holly Koehler</u>
Holly Koehler