UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | MAGISTRATE NUMBER 25-91 |
| | : | |
| | : | |
| **ELIAS RODRIGUEZ** | : | |

## ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the defendant in the above-captioned matter.

Respectfully submitted,

*/s/ Victor J. Abreu*
VICTOR J. ABREU
Supervisory Assistant Federal Defender

## **CERTIFICATE OF SERVICE**

I, Victor J. Abreu, Supervisory Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have electronically filed and served a copy of the attached Entry of Appearance via Electronic Case Filing ("ECF") upon all counsel of record.

/s/ *Victor J. Abreu*
VICTOR J. ABREU
Supervisory Assistant Federal Defender

DATE:  August 1, 2025